UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES FIRE INSURANCE
COMPANY, a Delaware corporation,

      Plaintiff/Counter-Defendant,

  v.

THE CITY OF WARREN, a Michigan municipal
corporation,

      Defendant/Counter-Plaintiff.

CASE NO.  2:10-CV-13128
JUDGE STEPHEN J. MURPHY, III
MAGISTRATE JUDGE PAUL J. KOMIVES

THE CITY OF WARREN, a Michigan municipal
corporation,

      Third-Party Plaintiff,

  v.

ROYAL INDEMNITY COMPANY, n/k/a Arrowood Indemnity Company, a Delaware corporation, ARROWOOD INDEMNITY COMPANY, f/k/a Royal Indemnity Company, a Delaware corporation, HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation, GLEN FALLS INSURANCE COMPANY, a Delaware corporation, and CONTINENTAL INSURANCE COMPANY, as successor to Glen Falls Insurance Company, a Delaware corporation,

      Third-Party Defendants.

_____/

## ORDER TEMPORARILY STAYING DISCOVERY OBLIGATIONS AND SETTING EXPEDITED BRIEFING SCHEDULE

On April 26, 2012, I entered an Order granting in part and denying in part the City of Warren's motions to compel discovery directed at plaintiff U.S. Fire and the third-party defendants

(collectively "the companies"). Relevant here, I ordered that the companies produced (a) the claims manuals and related documents, and (b) the underwriting manuals and related documents, sought in the City's motion within 21 days of the Order. The parties have filed objections to my Order. As noted in my Order, these objections do not stay the companies' obligations to provide the ordered discovery absent further order of the Court. *See* E.D. MICH. LR 72.2. On May 10, 2012, Hartford filed an emergency motion to stay its obligation to produce documents pursuant to my discovery order pending resolution of its objections by the District Judge. U.S. Fire filed a joinder in this motion on the same date.

So that the Court may properly consider the request for stay, it is ORDERED that the companies' obligations to provide discovery as set forth in my April 26 Order is hereby TEMPORARILY STAYED. The stay effected by this Order shall terminate automatically upon the earlier of a final resolution of Hartford's motion to stay or the District Judge's ruling on the parties objections. It is further ORDERED that the parties brief the matter on an expedited basis, to wit: the City shall file its response to the motion to stay no later than **seven days** after the date of this Order, and Hartford and U.S. Fire may file a reply no later than **three days** after the filing of the City's response. The Court will decide the motion for stay on the basis of the parties briefs, without oral argument.

IT IS SO ORDERED.

Dated: May 11, 2012                     s/Paul J. Komives
                                        PAUL J. KOMIVES
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 11, 2012 electronically and/or U.S. mail.

s/Michael Williams<br>
Relief Case Manager for the Honorable Paul J. Komives